IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **A.P. BELL FISH COMPANY, INC.; ET AL** <br> Plaintiff/Petitioner <br> vs. <br> **GINA RALMONDO, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; ET AL** <br> Defendant/Respondent | Cause No.: **1:22-CV-01260** <br> Hearing Date: <br><br> AFFIDAVIT OF SERVICE OF <br> SUMMONS; COMPLAINT; CIVIL COVER SHEET; CORPORATE DISCLOSURE - AP BELL; CORPORATE DISCLOSURE - SOFA; CORPORATE DISCLOSURE - GOM RFSA |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **13th day of May, 2022** at **10:25 AM** at the address of **1401 Constitution Ave, NW, Washington, DC 20002**; this affiant served the above described documents upon **Gina M. raimondo, in her official capacity as Secretary of Commerce** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **John Guenther, I delivered the documents to an individual who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with glasses.  Direct delivery.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_____
Roberto Jimenez

Residing or doing business at:  6000 Pratt St, Alexandria, VA 22310

Subscribed and sworn to before me this __13th__ day of __May__, 20__22__.

_____
Notary Public / Deputy Clerk

06/30/24
My commission expires



ISAIAS E MENDEZ
Notary Public
Commonwealth of Virginia
Registration No. 7906632
My Commission Expires Jun 30, 2024

REF: **REF-10060302**    PAGE 1 OF 1    Tracking #: **0087019684**
ORIGINAL AFFIDAVIT OF SERVICE