CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

A.P. Bell Fish Company, Inc., et al
    Plaintiff(s)

Civil Action No. 22-cv-01260-TJK

vs.

Gina Raimondo, et al
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Heather Halverson, hereby state that:

On the 10th day of May, 2022, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, certified mail, return receipt requested, addressed to the following defendant:

    Matthews M. Graves
    U.S. Attorney for the District of Columbia
    c/o Civil Process Clerk
    U.S. Attorney's Office for D.C.
    601 D Street, NW
    Washington, DC 20530

I have received the receipt for the certified mail, No. 7022 0410 0001 9323 7690 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 16th day of May, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

5/25/2022                                              *Heather Halverson*
(Date)                                                 (Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Matthew M. Graves
   U.S. Attorney for the District of Columbia
   c/o Civil Process Clerk
   U.S. Attorney's Office for D.C.
   601 D Street, NW
   Washington, DC 20530

   9590 9402 4751 8344 2396 22

2. Article Number (Transfer from service label)

   7022 0410 0001 9323 7690

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   MAY 16 2022

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To: Matthew M. Graves
         U.S. Attorney for the District of Columbia
Street and Apt. No.: c/o Civil Process Clerk
         U.S. Attorney's Office for D.C.
         601 D Street, NW
City, State, ZIP+4®: Washington, DC 20530

7022 0410 0001 9323 7690

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions