# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| A.P. BELL FISH COMPANY, INC., SOUTHERN OFFSHORE FISHING ASSOCIATION, INC., and GULF OF MEXICO REEF FISH SHAREHOLDERS' ALLIANCE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of the United States Department of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　　　　　　　　Defendants,<br>　and<br><br>COASTAL CONSERVATION ASSOCIATION,<br><br>　　　　　　　　　　Intervenor-Defendant. | No. 1:22-cv-1260-TJK<br><br>**Hon. Timothy J. Kelly**<br><br>**DECLARATION OF KAREN L. BELL** |

Karen L. Bell declares under the penalty of perjury the following:

　1.　My name is Karen L. Bell. I am over the age of eighteen years, I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

　2.　I am the owner and President of A.P. Bell Fish Company, Inc. ("A.P. Bell"), located in Cortez, Florida. A.P. Bell is a commercial fishing, fish processing, and wholesale and retail fish distribution business. My grandfather, A.P., started the company in 1940. I took

over the business from my father. Today A.P. Bell employs approximately 100 people, including fishing vessel captains and crewmembers, fish processors, and sales staff. Our company is proud to serve wild, fresh seafood from the Gulf of Mexico to consumers around the country and the world.

3. Through various subsidiaries, A.P. Bell owns individual fishing quota shares ("IFQ shares") issued by the National Marine Fisheries Service ("NMFS") that authorize A.P. Bell to harvest fixed portions of the commercial sector's annual catch target for red grouper in the Gulf of Mexico. In accordance with its IFQ shares, each year on January 1, A.P. Bell receives (through its subsidiaries) a distribution of annual IFQ allocation from NMFS that authorizes A.P. Bell to harvest a certain number of pounds of red grouper in that calendar year.

4. Through various subsidiaries, A.P. Bell owns 18 commercial fishing vessels, of which 13 are used primarily to harvest red grouper from the Gulf of Mexico using the annual IFQ allocation issued to A.P. Bell. These vessels deliver their landings of red grouper to A.P. Bell, where the fish is processed and prepared for market. A.P. Bell sells red grouper from a retail market and into intrastate and interstate commerce. Our red grouper ends up in restaurants in many states, from Florida to Louisiana and New York. We also sell red grouper to grocery stores and fish markets.

5. In my capacity as President of A.P. Bell, I have attended meetings of the Gulf of Mexico Fishery Management Council ("Council") to advocate against Amendment 53 to the Reef Fish Fishery Management Plan. For example, I attended the June 2021 Council meeting in Key West, Florida where the Council took final action to approve Amendment 53. I testified before the Council at that meeting against reallocation. I have participated in the public process to manage our fisheries in the Gulf of Mexico for many years, including serving on the Council for two terms from 2000-2006, and have supported and continue to support measures to conserve those fisheries for long-term utilization.

6. As participants in the commercial sector of the red grouper fishery, Amendment 53 harms me and A.P. Bell in many ways. Amendment 53 reduces the allocation of the annual catch limit of red grouper to the commercial sector from 76% to 59.3%. This reduces the

number of pounds of annual IFQ allocation A.P. Bell receives from what it would be without a reallocation under Amendment 53.  In addition, Amendment 53 reduces the annual catch limit of red grouper to account for dead discards and other negative impacts to the stock that result from increasing the allocation to the recreational sector.  As a result, Amendment 53 reduces the number of pounds of red grouper that A.P. Bell is authorized to harvest each year.  This, in turn, reduces the revenues A.P. Bell can generate from participating in the red grouper fishery.  Amendment 53 harms A.P. Bell's business in other ways, such as by reducing the amount of red grouper available for the company to supply to its customers, jeopardizing business relationships, and reducing the company's capacity to hire and retain employees.

7. Amendment 53 has already harmed A.P. Bell and will continue to harm A.P. Bell into the future.  In particular, NMFS withheld a portion of the red grouper allocation for the commercial sector for 2021 in anticipation of approving Amendment 53, so that an additional quantity of fish would be available to the recreational sector when Amendment 53 took effect.  Thus, for all practical purposes, Amendment 53 harmed A.P. Bell starting on January 1, 2022.  These harms will continue as long as Amendment 53 remains in effect.

8. Amendment 53 harms me and A.P. Bell in other ways.  In particular, reallocating a larger portion of the annual catch limit to the recreational sector will negatively affect the stock of red grouper in the Gulf of Mexico.  According to Amendment 53 and other documents I have reviewed, reallocation to the recreational sector will increase bycatch and dead discards of red grouper by the recreational sector, decrease the size of the red grouper stock, reduce the maximum sustainable yield the stock can produce, and increase the risk of overfishing the stock.  A.P. Bell and its employees depend upon the long-term health and productivity of the red grouper stock.  Amendment 53 will harm the red grouper stock and undermine efforts to conserve it for long-term utilization, which in turn harms A.P. Bell and its employees.

9. A.P. Bell is a member of the Southern Offshore Fishing Association, Inc. ("SOFA").  SOFA is a non-profit corporation located in Madeira Beach, Florida.  SOFA is a trade association formed over 30 years ago to promote fresh, high quality, domestic seafood, and

works to keep the Gulf of Mexico clean and environmentally secure. SOFA represents commercial fish harvesters in the Gulf of Mexico, including A.P. Bell and others who fish commercially for and sell red grouper from the Gulf of Mexico and hold IFQ shares for red grouper. A.P. Bell supports SOFA because of its efforts to protect commercial fishermen and conserve the resources of the Gulf of Mexico for long-term utilization. SOFA has undertaken extensive advocacy efforts and committed resources to oppose Amendment 53 because it will harm fish and fishermen. Like A.P. Bell, other members of SOFA who depend upon the red grouper fishery have been and will continue to be harmed by Amendment 53.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 28th day of July, 2022.

_[signature]_

Karen L. Bell