# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5026**                  **September Term, 2023**

FILED ON: MARCH 1, 2024

A.P. BELL FISH COMPANY, INC., ET AL.,
        APPELLANTS

v.

GINA RAIMONDO, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE, ET AL.,
        APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-cv-01260)

---

Before: MILLETT and PILLARD, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the grant of summary judgment to the Secretary be affirmed in part and reversed in part; the court will not reach the extent of the Fisheries Service's obligations under National Standard 9; and the case be remanded, without vacating the Final Rule implementing Final Amendment 53, so the Fisheries Service can further explain its economic methodology and the effects on analysis of National Standards 4 and 9, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                       BY:     /s/

                                    Daniel J. Reidy
                                    Deputy Clerk

Date: March 1, 2024

Opinion for the court filed by Senior Circuit Judge Rogers.