*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

<u>Exhibit A</u>
**Time Itemization**

**Barry Hartman (Partner)**

**2022 Total: 4.60**

| 10/17/2022 | Hartman, Barry | Prep for moot for oral argument | 1.10 |
|---|---|---|---|
| 10/18/2022 | Hartman, Barry | Review briefs and prep for moot court; moot court of T. Hobbs prior to oral argument | 3.50 |
| | | | **Total: 4.60** |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

<u>Exhibit A</u>
Time Itemization

**Derek Kalbfleisch (Associate)**

**2024 Total: 4.10**

| 5/9/2024 | Kalbfleisch, Derek | Research and analyze timing to submit EAJA request for attorneys fees. | 1.00 |
|---|---|---|---|
| 5/10/2024 | Kalbfleisch, Derek | Research and analyze fee applications under Equal Access to Justice Act and SCOTUS Rule 13 to determine filing deadline. | 3.10 |
| | | | **Total 4.10** |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

## Exhibit A
## Time Itemization

**J. Timothy Hobbs (Partner)**

**2022 Total: 272.20**

| 3/10/2022 | Hobbs, Tim | Calls and emails regarding NMFS approval of Amendment 53 | 0.50 |
|---|---|---|---|
| 3/11/2022 | Hobbs, Tim | Multiple calls regarding Amendment 53 and NMFS's notice of approval of same; prepare email on strategy and circulate to executive committee; begin drafting complaint | 2.30 |
| 3/15/2022 | Hobbs, Tim | Emails regarding NMFS's timing of issuance of final rule | 0.50 |
| 3/18/2022 | Hobbs, Tim | Calls and emails regarding Am. 53, next steps | 0.50 |
| 3/23/2022 | Hobbs, Tim | Continue working on draft complaint; emails regarding status of final rule | 0.50 |
| 3/25/2022 | Hobbs, Tim | Research case law regarding expediting review under MSA; research implications of NMFS's delay in promulgation of final rule | 2.20 |
| 3/30/2022 | Hobbs, Tim | Draft complaint against Am. 53 | 2.20 |
| 4/8/2022 | Hobbs, Tim | Work on drafting complaint; research in support of same | 2.30 |
| 4/18/2022 | Hobbs, Tim | Draft complaint; research in support of same | 1.20 |
| 4/19/2022 | Hobbs, Tim | Draft complaint; research in support of same | 3.70 |
| 4/20/2022 | Hobbs, Tim | Continue working on complaint and research in support of same | 2.20 |
| 4/21/2022 | Hobbs, Tim | Draft complaint; research in support of same | 2.50 |
| 4/22/2022 | Hobbs, Tim | Draft complaint challenging Am. 53; research in support of same | 1.80 |
| 4/27/2022 | Hobbs, Tim | Respond to B. Zales regarding timing of Am. 53 and filing of complaint (0.6); call with E. Brazer regarding same and next steps (0.4); work on complaint (0.5) | 1.50 |
| 4/28/2022 | Hobbs, Tim | Draft complaint challenging Am. 53; confer with E. Brazer regarding same and strategy | 2.00 |
| 4/29/2022 | Hobbs, Tim | Review Amendment 53 Final Rule; calls and emails regarding same; draft compliant challenging Amendment 53; research in support of same | 6.40 |
| 4/30/2022 | Hobbs, Tim | Draft complaint challenging Am. 53; research in support of same | 5.00 |
| 5/2/2022 | Hobbs, Tim | Draft complaint and circulate for review; assess revisions to same; research in | 4.90 |

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

**Exhibit A**
**Time Itemization**

| | | | |
|---|---|---|---|
| | | support of same; confer with parties on strategy and next steps; analyze Final Rule | |
| 5/3/2022 | Hobbs, Tim | Revise complaint; research in support of same; incorporate comments from reviewers; telephone calls and emails regarding same | 4.50 |
| 5/4/2022 | Hobbs, Tim | Revise complaint challenging Amendment 53; calls and emails regarding proposed revisions and arguments against Amendment 53 | 6.00 |
| 5/5/2022 | Hobbs, Tim | Revise complaint; call to discuss red grouper reallocation; confer with clients; circulate revised drafts for review; prepare summons, corporate disclosure statements and filing papers | 6.30 |
| 5/6/2022 | Hobbs, Tim | Finalize and file complaint challenging Am. 53; confer with clients regarding same and strategy | 3.20 |
| 5/9/2022 | Hobbs, Tim | Review press describing lawsuit | 0.50 |
| 5/10/2022 | Hobbs, Tim | Emails and calls with process servers; serve by mail | 0.60 |
| 5/12/2022 | Hobbs, Tim | Work on service of summons and complaint | 0.50 |
| 5/18/2022 | Hobbs, Tim | Check status of service; legal research in support of claims in complaint; emails with D. Wang regarding same | 1.50 |
| 5/19/2022 | Hobbs, Tim | Research regarding APA issues and reasons Am. 53 is unlawful based on NMFS's prior acts of unilaterally modifying quotas (0.7); confer with D. Wang regarding research into same (0.5) | 1.20 |
| 5/24/2022 | Hobbs, Tim | Confer with D. Wang regarding research into APA arguments that Am. 53 is an unlawful post-hoc rulemaking; research regarding same; email to D. Wang providing examples; review status of service on defendants and emails with H. Halverson regarding same | 2.00 |
| 5/25/2022 | Hobbs, Tim | Research legal arguments against NMFS's preemptive allocation of quota in advance of Amendment 53; confer with D. Wang regarding same | 1.70 |
| 5/27/2022 | Hobbs, Tim | Call with D. Wang to discuss arguments that Am. 53 is unlawful post-hoc rulemaking; file notice of appearance for M. Scanlon; research opposing counsel | 1.50 |

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

**Exhibit A**
**Time Itemization**

| 6/9/2022 | Hobbs, Tim | Review research results on case law involving agency's predetermined outcome; confer with D. Wang regarding same; confer with DOJ regarding case schedule | 2.30 |
|---|---|---|---|
| 6/10/2022 | Hobbs, Tim | Confer with DOJ regarding case schedule; emails regarding same | 0.40 |
| 6/13/2022 | Hobbs, Tim | Emails with DOJ regarding case schedule | 0.20 |
| 6/15/2022 | Hobbs, Tim | Draft motion for entry of case schedule and expedited procedures and stipulated order; send to DOJ for review; follow up emails with DOJ regarding same | 2.30 |
| 6/20/2022 | Hobbs, Tim | Research to respond to DOJ on motion for case schedule (0.8); revise draft motion and send to DOJ for review (1.0) | 1.80 |
| 6/21/2022 | Hobbs, Tim | Finalize and file motion for entry of case schedule and expedited procedures; confer with DOJ regarding same | 0.40 |
| 6/23/2022 | Hobbs, Tim | Finalize and file motion for entry of case deadlines; circulate to client | 0.30 |
| 6/27/2022 | Hobbs, Tim | Review NMFS's answer to complaint; review index of administrative record | 0.50 |
| 7/6/2022 | Hobbs, Tim | Review administrative record documents produced by NMFS | 1.50 |
| 7/7/2022 | Hobbs, Tim | Review administrative record documents produced by NMFS | 2.50 |
| 7/11/2022 | Hobbs, Tim | Review the administrative record produced by NMFS; research options for challenging gaps in record; research legal claims | 3.60 |
| 7/12/2022 | Hobbs, Tim | Review administrative record; research legal arguments | 3.30 |
| 7/13/2022 | Hobbs, Tim | Review administrative record; legal research in support of claims; draft opening summary judgment brief | 3.20 |
| 7/14/2022 | Hobbs, Tim | Review administrative record; research legal arguments; draft opening summary judgment brief | 5.80 |
| 7/15/2022 | Hobbs, Tim | Emails with DOJ regarding potential gaps in record (0.4); research Administrative Record (2.0); draft opening brief (1.4); confer with N. Reid regarding research tasks (0.7) | 4.50 |
| 7/18/2022 | Hobbs, Tim | Review administrative record; research legal claims; draft opening brief; emails with counsel for CFA | 6.00 |
| 7/19/2022 | Hobbs, Tim | Review administrative record; confer with D. Willard regarding economic arguments; research legal claims; draft opening brief | 6.20 |
| 7/20/2022 | Hobbs, Tim | Review record, research legal claims, draft opening summary judgment brief | 6.50 |

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

## Exhibit A
### Time Itemization

| 7/21/2022 | Hobbs, Tim | Draft opening summary judgment brief | 6.00 |
|---|---|---|---|
| 7/22/2022 | Hobbs, Tim | Review record for Amendment 53; research in support of legal claims; draft opening summary judgment brief | 7.30 |
| 7/23/2022 | Hobbs, Tim | Draft opening summary judgment brief; research in support of same | 5.00 |
| 7/24/2022 | Hobbs, Tim | Draft opening summary judgment brief; research in support of same | 5.00 |
| 7/25/2022 | Hobbs, Tim | Draft opening summary judgment brief; research in support of same | 5.80 |
| 7/26/2022 | Hobbs, Tim | Draft opening summary judgment brief; research in support of same | 7.50 |
| 7/27/2022 | Hobbs, Tim | Draft standing declarations for J. DeLaCruz and K. Bell; review and incorporate comments into brief; research in support of same; call with Executive Committee regarding same | 7.00 |
| 7/28/2022 | Hobbs, Tim | Revise brief; research additional arguments; review record; draft standing declarations; confer with clients regarding same; circulate revised drafts of brief | 8.00 |
| 7/29/2022 | Hobbs, Tim | Draft declaration for G. Brooks and emails regarding same; finalize brief; add citations to record; file brief and supporting declarations with court | 7.00 |
| 8/1/2022 | Hobbs, Tim | Confer with J. Sterne regarding arguments in opening brief | 0.70 |
| 8/5/2022 | Hobbs, Tim | Calls and emails regarding CFA amicus brief | 2.00 |
| 8/8/2022 | Hobbs, Tim | Review closure date notice for red grouper fishery; emails regarding same | 0.30 |
| 8/12/2022 | Hobbs, Tim | Emails and calls regarding Louisiana motion to intervene; research state's red grouper landings; research case law regarding same | 2.20 |
| 8/16/2022 | Hobbs, Tim | Emails regarding Louisiana intervention and CCA description of Amendment 53 litigation | 0.20 |
| 8/17/2022 | Hobbs, Tim | Review court order regarding compliance with local rules; emails regarding same; draft motion in response to court order and confer with opposing parties regarding same | 1.60 |
| 8/18/2022 | Hobbs, Tim | Review Louisiana motion to intervene; confer with N. Reid about research into same; emails with team regarding same; revise joint motion and proposed order regarding relief from Local Rule 7(h)(1); emails with opposing counsel regarding same; file motion with court | 2.20 |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

**Exhibit A**
**Time Itemization**

| | | | |
|---|---|---|---|
| 8/19/2022 | Hobbs, Tim | Research court order regarding compliance with Local Rule 7(h)(1) | 1.60 |
| 9/1/2022 | Hobbs, Tim | Review court's order granting Louisiana's motion to intervene and follow up emails regarding same | 0.80 |
| 9/2/2022 | Hobbs, Tim | Review summary judgment briefs of NMFS, CCA and Louisiana; outline research tasks and responses to same | 3.50 |
| 9/6/2022 | Hobbs, Tim | Research in support of reply brief; emails with N. Reid regarding same and tasks for drafting | 1.30 |
| 9/7/2022 | Hobbs, Tim | Research in support of reply in support of motion for summary judgment | 2.10 |
| 9/8/2022 | Hobbs, Tim | Review opposition briefs of NMFS, Louisiana, and CCA and outline reply brief | 2.20 |
| 9/9/2022 | Hobbs, Tim | Draft reply in support of motion for summary judgment; research in support of same | 6.20 |
| 9/12/2022 | Hobbs, Tim | Work on reply brief; case law and record research in support of same | 6.00 |
| 9/13/2022 | Hobbs, Tim | Draft reply brief; research case law and administrative record in support of same; emails with N. Reid regarding research tasks | 6.20 |
| 9/14/2022 | Hobbs, Tim | Draft reply in support of motion for summary judgment; research in support of same | 6.50 |
| 9/15/2022 | Hobbs, Tim | Draft reply in support of motion for summary judgment; circulate for review and incorporate edits; prepare for filing | 7.20 |
| 9/16/2022 | Hobbs, Tim | Revise reply brief and prepare for filing with court; file same | 4.80 |
| 10/7/2022 | Hobbs, Tim | Review reply briefs filed by NMFS, CCA, and Louisiana; confer with parties regarding courtesy copies of briefing to chambers and preparation of Joint Appendix | 2.20 |
| 10/10/2022 | Hobbs, Tim | Work on compiling Joint Appendix of administrative record citations for filing with Court | 0.60 |
| 10/11/2022 | Hobbs, Tim | Work on producing Joint Appendix consisting of documents in the record cited or relied upon by the parties; circulate to parties for feedback; draft Notice of Filing of Joint Appendix; revise index | 4.50 |
| 10/12/2022 | Hobbs, Tim | Emails regarding Joint Appendix (0.5); prepare same for filing with Court (0.7); prepare for hearing (1.2) | 2.20 |
| 10/13/2022 | Hobbs, Tim | Prepare for hearing | 1.50 |
| 10/14/2022 | Hobbs, Tim | Prepare for hearing before Judge Kelly; review case law; review arguments; outline argument | 6.00 |

7

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

## Exhibit A
## Time Itemization

| 10/17/2022 | Hobbs, Tim | Prepare for hearing before Judge Kelly on the parties' cross-motions for summary judgment | 7.50 |
|---|---|---|---|
| 10/18/2022 | Hobbs, Tim | Prepare for and argue case before Judge Kelly | 7.50 |
| 10/20/2022 | Hobbs, Tim | Calls and emails regarding status of lawsuit, press regarding same | 1.00 |
| | | | **Total: 272.20** |

8

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

### Exhibit A
### Time Itemization

**2023 Total: 129.90**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 1/6/2023 | Hobbs, Tim | Review court's ruling | 0.80 |
| 1/10/2023 | Hobbs, Tim | Assess potential for appeal of various issues | 1.30 |
| 1/12/2023 | Hobbs, Tim | Assess arguments to appeal to D.C. Circuit; prepare for meeting with clients | 1.50 |
| 1/13/2023 | Hobbs, Tim | Analyze court's ruling; call with parties to discuss possible appeal to the D.C. Circuit; confer with M. Scanlon and J. Longstreth regarding same | 0.80 |
| 2/3/2023 | Hobbs, Tim | File Notice of Appeal; email with clients | 0.30 |
| 2/9/2023 | Hobbs, Tim | Emails regarding docketing of appeal with D.C. Circuit and transcript of hearing | 0.20 |
| 2/10/2023 | Hobbs, Tim | Confer with J. Sterne regarding amicus participation at D.C. Circuit | 0.30 |
| 2/16/2023 | Hobbs, Tim | Review docketing order from D.C. Circuit; emails with N. Reid and D. Wang regarding preparation of filings required by court | 1.00 |
| 2/21/2023 | Hobbs, Tim | Confer with N. Reid regarding preliminary filings with D.C. Circuit | 0.30 |
| 2/23/2023 | Hobbs, Tim | Review and revise motion to expedite, certified of parties, statement of issues for appeal, and other preliminary filings with D.C. Circuit; emails regarding same and corporate disclosure statement. | 2.80 |
| 2/28/2023 | Hobbs, Tim | Respond to inquiry from D.C. Circuit mediation program regarding suitability of the case for mediation | 0.30 |
| 3/5/2023 | Hobbs, Tim | Emails regarding briefing schedule and preliminary filings | 0.20 |
| 3/6/2023 | Hobbs, Tim | Emails with opposing counsel regarding case schedule and expediting same | 0.50 |
| 3/9/2023 | Hobbs, Tim | Emails with opposing counsel regarding case schedule and preliminary filings | 0.30 |
| 3/10/2023 | Hobbs, Tim | Draft preliminary filings and motion to expedite case; emails with J. Longstreth regarding filing of same | 2.30 |
| 3/15/2023 | Hobbs, Tim | Call with N. Reid to discuss issues on appeal and drafting of opening appellate brief | 1.00 |
| 3/27/2023 | Hobbs, Tim | Review draft sections of opening appellate brief; emails with N. Reid regarding same | 0.80 |
| 3/28/2023 | Hobbs, Tim | Work on opening appellate brief | 1.60 |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

**Exhibit A**
**Time Itemization**

| 3/30/2023 | Hobbs, Tim | Emails regarding filing of forms with DC Circuit; review draft sections of opening brief | 0.50 |
|---|---|---|---|
| 3/31/2023 | Hobbs, Tim | Draft opening appellate brief; research in support of same; confer with N. Reid regarding same | 7.00 |
| 4/2/2023 | Hobbs, Tim | Draft opening appellate brief | 6.50 |
| 4/3/2023 | Hobbs, Tim | Draft opening appellate brief | 7.50 |
| 4/4/2023 | Hobbs, Tim | Draft opening appellate brief | 7.80 |
| 4/5/2023 | Hobbs, Tim | Draft opening appellate brief; research case law and administrative record in support of same; circulate draft of brief for review | 6.00 |
| 4/6/2023 | Hobbs, Tim | Revise opening appellate brief; emails regarding same; incorporate comments | 5.50 |
| 4/7/2023 | Hobbs, Tim | Revise opening appellate brief; check citations; incorporate comments from J. Longstreth and M. Scanlon; confer with N. Reid regarding final edits and filing; oversee filing of brief with D.C. Circuit | 6.80 |
| 4/11/2023 | Hobbs, Tim | Review amicus brief | 0.60 |
| 5/15/2023 | Hobbs, Tim | Review answering briefs filed by NMFS, CCA and Louisiana and circulate to clients | 0.50 |
| 5/18/2023 | Hobbs, Tim | Review response briefs from NMFS, CCA and Louisiana; draft outline for reply brief; conference call with N. Reid regarding same | 2.20 |
| 5/22/2023 | Hobbs, Tim | Review draft of reply brief prepared by N. Reid and work on revisions to same | 3.20 |
| 5/23/2023 | Hobbs, Tim | Work on reply brief for D.C. Circuit | 5.70 |
| 5/24/2023 | Hobbs, Tim | Work on reply brief for D.C. Circuit; research case law and administrative record in support of same | 7.00 |
| 5/25/2023 | Hobbs, Tim | Work on reply brief; research in support of same; circulate draft for review; incorporate comments from reviewers | 7.80 |
| 5/26/2023 | Hobbs, Tim | Revise and file reply brief with D.C. Circuit; emails regarding same and Joint Appendix | 7.00 |
| 5/31/2023 | Hobbs, Tim | Emails regarding preparation of Joint Appendix for D.C. Circuit | 0.10 |
| 6/1/2023 | Hobbs, Tim | Emails and calls regarding Joint Appendix preparation and revisions | 0.20 |
| 6/2/2023 | Hobbs, Tim | Calls and emails regarding filing of Joint Appendix | 0.20 |

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

## Exhibit A
## Time Itemization

| | | | |
|---|---|---|---|
| 6/5/2023 | Hobbs, Tim | Work on filing Joint Appendix and submission of paper copies | 0.50 |
| 6/23/2023 | Hobbs, Tim | Review court order setting oral argument; emails regarding same | 0.40 |
| 9/18/2023 | Hobbs, Tim | Prepare for oral argument before the D.C. Circuit | 1.40 |
| 9/20/2023 | Hobbs, Tim | Prepare for oral argument before D.C. Circuit | 1.20 |
| 9/21/2023 | Hobbs, Tim | Prepare for oral argument before the D.C. Circuit | 2.50 |
| 9/22/2023 | Hobbs, Tim | Prepare for oral argument before D.C. Circuit | 3.50 |
| 9/25/2023 | Hobbs, Tim | Prepare for oral argument before DC Circuit | 7.00 |
| 9/26/2023 | Hobbs, Tim | Prepare for oral argument before DC Circuit | 7.50 |
| 9/27/2023 | Hobbs, Tim | Deliver oral arguments to the DC Circuit | 4.00 |
| 10/2/2023 | Hobbs, Tim | Review NMFS Rule 28j letter to court regarding bycatch practicability analysis; draft response to same | 2.00 |
| 10/3/2023 | Hobbs, Tim | Revise letter response to court regarding NMFS's failure to assess measures to minimize bycatch or bycatch mortality; emails regarding same; file letter with court | 1.50 |
| | | | **Total: 129.90** |

**2024 Total: 21.70**

| | | | |
|---|---|---|---|
| 3/1/2024 | Hobbs, Tim | Review DC Circuit opinion; prepare summary of same; think through implications; emails regarding same; call with counsel for amici regarding same | 1.80 |
| 3/6/2024 | Hobbs, Tim | Assess potential issues on remand and strategy for addressing same; research basis for EAJA fees petition; call with E. Brazer regarding same; email to P. Smith regarding research tasks | 2.30 |
| 3/14/2024 | Hobbs, Tim | Emails with P. Smith regarding research to support fee petition and review authorities | 0.50 |
| 3/26/2024 | Hobbs, Tim | Research case law to support petition for attorney's fees under EAJA | 1.20 |
| 3/27/2024 | Hobbs, Tim | Research timing of finality of judgment and for fee petition and criteria for eligibility to fees | 1.20 |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

### Exhibit A
### Time Itemization

| 3/27/2024 | Hobbs, Tim | Research for and draft points for remand of Am. 53 | 0.70 |
|---|---|---|---|
| 3/28/2024 | Hobbs, Tim | Begin review of time records to support fee petition | 0.40 |
| 4/4/2024 | Hobbs, Tim | Research case law to determine likelihood of success on asserting EAJA claims for Am. 53 litigation | 1.10 |
| 5/9/2024 | Hobbs, Tim | Emails with D. Kalbfleisch regarding research into statute of limitations for EAJA petition | 0.70 |
| 5/22/2024 | Hobbs, Tim | Emails with E. Brazer regarding fee petition; emails with P. Smith regarding drafting of same and tasks | 0.50 |
| 6/11/2024 | Hobbs, Tim | Call with E. Brazer to discuss fee petition and remand strategy; review draft fee petition and provide comments to P. Smith for further revision of same | 1.80 |
| 6/13/2024 | Hobbs, Tim | Research in support of fee petition and revise same; review time entries and prepare same for filing; draft declarations of E. Brazer, K. Bell, B. Zales and T. Hobbs; emails with clients regarding same | 6.00 |
| 6/14/2024 | Hobbs, Tim | Research case law regarding prevailing party status under EAJA; review and revise draft motion for fees and send to P. Smith for further work | 1.70 |
| 6/14/2024 | Hobbs, Tim | Review and prepare billing entries for fee petition | 1.80 |
| | | | **Total: 21.70** |

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

## Exhibit A
## Time Itemization

**John L. Longstreth (Partner)**

**2023 Total: 20.70**

| | | | |
|---|---|---|---|
| 1/18/2023 | Longstreth, John | Review briefs and order in fish case; draft and send memorandum on appeal issues | 4.30 |
| 1/19/2023 | Longstreth, John | Follow up memorandum on appeal issues | 0.50 |
| 3/3/2023 | Longstreth, John | Review and edit DC Circuit filings and send with comments | 1.00 |
| 3/10/2023 | Longstreth, John | Review and edit DC Circuit filings and make filings, follow-ups on same | 0.90 |
| 4/5/2023 | Longstreth, John | Review and edit draft appeal brief | 2.50 |
| 4/7/2023 | Longstreth, John | Final review of brief for filing | 0.50 |
| 5/25/2023 | Longstreth, John | Review, edit, and comment on draft reply brief; send recent Supreme Court Chenery case | 2.50 |
| 5/26/2023 | Longstreth, John | Additional edits and comments on draft reply brief | 1.50 |
| 9/26/2023 | Longstreth, John | Prepare for and participate in oral argument preparation | 3.00 |
| 9/27/2023 | Longstreth, John | Attend oral argument; debriefing on same | 4.00 |
| | | | **Total: 20.70** |

**2024 Total: 0.70**

| | | | |
|---|---|---|---|
| 3/1/2024 | Longstreth, John | AP Bell - Review DC Circuit opinion; Conference with M Scanlon regarding same and send comments for report to client | 0.70 |
| | | | **Total: 0.70** |

13

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

### Exhibit A
### Time Itemization

**Layne Marler (Paralegal)**

**2022 Total: 6.10**

| 10/11/2022 | Marler, Layne | Work on Joint Appendix | 3.40 |
|---|---|---|---|
| 10/12/2022 | Marler, Layne | Continued work on Joint Appendix for hearing | 2.70 |
| | | | **Total: 6.10** |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

### Exhibit A
### Time Itemization

**Ruby Nagamine (Associate)**

**2022 Total: 4.80**

| 7/28/2022 | Nagamine, Ruby | Cite check and proofread motion for summary judgment | 4.80 |
|---|---|---|---|
|  |  |  | **Total 4.80** |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

### Exhibit A
### Time Itemization

**Natalie Reid (Associate)**

**2022 Total: 34.70**

| | | | |
|---|---|---|---|
| 7/14/2022 | Reid, Natalie | Review research questions for summary judgment and call with T. Hobbs regarding the same | 0.70 |
| 7/18/2022 | Reid, Natalie | Research case law supporting argument that agency predetermined rulemaking in violation of Administrative Procedure Act | 2.30 |
| 7/19/2022 | Reid, Natalie | Research and assess case law precedent for arguments that agency predetermined action, relied on undisclosed data, and failed to consider aspects of allocation, for use in motion for summary judgment | 4.00 |
| 7/20/2022 | Reid, Natalie | Research, review, and assess case law establishing basis for summary judgment arguments (3.5); draft analysis of relevant case law (1.2) | 4.70 |
| 7/21/2022 | Reid, Natalie | Additional research on relevant cases establishing arbitrary and capricious agency action (1.0); draft summary of relevant case law for use in summary judgment motion (2.1) | 3.10 |
| 7/25/2022 | Reid, Natalie | Research and assess cases supporting argument for NEPA prudential standing (2.5); research and assess cases demonstrating NMFS actions exceeding scope of statutory mandate (1.7) | 4.20 |
| 7/26/2022 | Reid, Natalie | Review draft motion for summary judgment and correspondence with T. Hobbs regarding same | 2.00 |
| 9/6/2022 | Reid, Natalie | Review government opposition brief | 0.40 |
| 9/7/2022 | Reid, Natalie | Research and assess case law for use in response to government opposition brief (3.2); confer with T. Hobbs regarding draft response to opposition brief (0.4) | 3.60 |
| 9/8/2022 | Reid, Natalie | Research and review case law on application of statute of limitations on challenges to regulations for use in response to opposition brief | 2.40 |
| 9/9/2022 | Reid, Natalie | Research and assess case law on statute of limitations as applied to APA challenges under the MSA and case law on standing under the APA (3.0); draft argument responding to defendants' opposition brief (1.2); draft analysis of applicable cases for use in response to opposition brief (1.1) | 5.10 |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

**Exhibit A**
**Time Itemization**

| 9/13/2022 | Reid, Natalie | Research and locate supporting case law for response to opposition brief | 0.90 |
|---|---|---|---|
| 9/14/2022 | Reid, Natalie | Research and locate additional case law for use in reply brief (0.5); email correspondence with T. Hobbs regarding the same (0.1) | 0.60 |
| 9/16/2022 | Reid, Natalie | Review and provide comments on opposition brief | 0.70 |
| | | | **Total: 34.70** |

**2023 Total: 138.10**

| 1/26/2023 | Reid, Natalie | Review and assess order granting motion for summary judgment; draft notice of appeal; assess deadlines and local rules associated with notice of appeal | 1.30 |
|---|---|---|---|
| 1/30/2023 | Reid, Natalie | Review deadlines following notice of appeal and email T. Hobbs regarding the same | 0.30 |
| 2/2/2023 | Reid, Natalie | Review process for seeking expedited treatment under statutory provision; review procedures following notice of appeal; draft email to T. Hobbs regarding the same; coordinate admission to D.C. Circuit | 1.40 |
| 2/16/2023 | Reid, Natalie | Review case scheduling order and draft pleadings and submissions required for March 10 deadline | 1.70 |
| 2/17/2023 | Reid, Natalie | Review relevant rules of appellate procedure; draft statement of issues, entry of appearance, and procedural motion to expedite | 2.50 |
| 2/20/2023 | Reid, Natalie | Review motion for summary judgment and order; draft and revise statement of issues and motion to expedite; coordinate admission to D.C. Circuit; review appellate procedures governing motion to expedite | 1.70 |
| 2/22/2023 | Reid, Natalie | Draft and revise initial filings including procedural motion to expedite, statement of issues to be raised, and underlying decision; review case law on waiver implied by statement of issues; email T. Hobbs regarding the same | 2.40 |
| 2/23/2023 | Reid, Natalie | Draft and revise initial filings; draft corporate disclosure statement; coordinate receipt of transcript | 1.60 |
| 3/10/2023 | Reid, Natalie | Review and revise initial filings; review appellate rules and email correspondence with J. Longstreth regarding the same | 0.90 |

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

### Exhibit A
### Time Itemization

| 3/13/2023 | Reid, Natalie | Draft and revise corporate disclosure statement; email correspondence with J. Longstreth regarding the same | 0.50 |
|---|---|---|---|
| 3/15/2023 | Reid, Natalie | Call with T. Hobbs regarding opening brief; review prior briefing; begin draft of of appellants' brief | 2.90 |
| 3/16/2023 | Reid, Natalie | Review and assess previous briefing and draft appellant's brief | 0.90 |
| 3/19/2023 | Reid, Natalie | Review prior briefing in lower court and draft appellants opening brief | 3.40 |
| 3/20/2023 | Reid, Natalie | Review and assess summary judgment briefing by all parties and prepare draft initial briefing | 1.90 |
| 3/21/2023 | Reid, Natalie | Review intervenor motions for summary judgment and draft opening brief | 2.50 |
| 3/22/2023 | Reid, Natalie | Draft appellant's opening brief | 3.40 |
| 3/23/2023 | Reid, Natalie | Draft appellant's opening brief | 2.50 |
| 3/24/2023 | Reid, Natalie | Draft and revise appellant's brief | 4.90 |
| 3/28/2023 | Reid, Natalie | Revise and draft appellants opening brief | 2.80 |
| 3/29/2023 | Reid, Natalie | Draft and revise appellants opening brief | 6.40 |
| 3/30/2023 | Reid, Natalie | Draft and revise appellants' brief; email T. Hobbs regarding the same | 3.40 |
| 3/31/2023 | Reid, Natalie | Draft and revise appellant's opening brief; meet with T. Hobbs regarding revisions to the same | 2.00 |
| 4/1/2023 | Reid, Natalie | Review prior filings and revise appellant's opening brief | 5.30 |
| 4/3/2023 | Reid, Natalie | Additional case law research in support of appellant's opening brief; draft email to T. Hobbs regarding the same | 1.00 |
| 4/5/2023 | Reid, Natalie | Draft and revise appellant's opening brief; review and incorporate additional edits; coordinate for preparation of final brief; prepare addendum of statutes and regulations | 5.30 |
| 4/6/2023 | Reid, Natalie | Draft and revise appellant's opening brief; cite check brief; revise table of contents; review and incorporate additional revisions; confirm applicability of relevant local rules; finalize brief to prepare for filing | 7.80 |
| 4/7/2023 | Reid, Natalie | Draft and edit appellant's opening brief; final revisions to the same; coordinate for filing | 3.30 |

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

**Exhibit A**
**Time Itemization**

| 5/1/2023 | Reid, Natalie | Review appellant's opening brief and compile all citations to joint appendix (0.7); draft joint appendix (0.5); review administrative record and compile materials for joint appendix (2.5) | 3.70 |
|---|---|---|---|
| 5/2/2023 | Reid, Natalie | Compile all administrative records cited in appellant's brief and prepare draft of joint appendix | 2.10 |
| 5/16/2023 | Reid, Natalie | Review defendant and intervenor briefing and draft reply brief | 3.10 |
| 5/17/2023 | Reid, Natalie | Review and analyze NMFS response brief and draft reply brief | 3.20 |
| 5/18/2023 | Reid, Natalie | Review NMFS briefing; call with T. Hobbs regarding reply to the same | 2.00 |
| 5/19/2023 | Reid, Natalie | Draft reply brief | 0.40 |
| 5/21/2023 | Reid, Natalie | Review Appellee and intervenors' briefs and draft reply to the same | 7.40 |
| 5/22/2023 | Reid, Natalie | Draft reply brief | 5.00 |
| 5/23/2023 | Reid, Natalie | Review intervenor briefs and draft outline of arguments to be addressed | 3.50 |
| 5/25/2023 | Reid, Natalie | Draft and revise reply brief | 6.00 |
| 5/26/2023 | Reid, Natalie | Revise and finalize reply brief | 3.20 |
| 5/30/2023 | Reid, Natalie | Draft and prepare Joint Appendix | 4.20 |
| 6/1/2023 | Reid, Natalie | Review and revise joint appendix; review and respond to emails from parties regarding joint appendix; finalize and prepare documents for inclusion in joint appendix | 3.00 |
| 6/2/2023 | Reid, Natalie | Revise and finalize joint appendix; calls with J. Bortmes regarding the same | 1.80 |
| 6/6/2023 | Reid, Natalie | Revise and prepare joint appendix materials and assist in filing the same | 1.10 |
| 6/7/2023 | Reid, Natalie | Review and respond to emails on joint appendix | 0.20 |
| 6/8/2023 | Reid, Natalie | Revise joint appendix, prepare appropriate cover sheets, organize the same; review local and federal rules on joint appendix filing; coordinate production of hard copy of joint appendix; emails with T. Hobbs regarding the same | 2.00 |
| 6/12/2023 | Reid, Natalie | Prepare supplemental joint appendix and associated filing; email correspondence with opposing parties regarding the same | 1.20 |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

<u>**Exhibit A**</u>
**Time Itemization**

| 6/13/2023 | Reid, Natalie | Draft consent motion to supplement joint appendix; review federal and circuit rules; revise final briefs; coordinate for production and delivery of hard copies of supplemental joint appendix | 2.00 |
|---|---|---|---|
| 6/14/2023 | Reid, Natalie | Revise and prepare final brief and reply and update with correct citations to joint appendix; coordinate for production of hard copies of the same | 4.30 |
| 6/15/2023 | Reid, Natalie | Revise initial brief and reply and prepare final brief with joint appendix citations; revise briefs for filing | 2.50 |
| 6/16/2023 | Reid, Natalie | Additional revisions to final brief and final reply; coordinate production of hard copies to clerk; coordinate filing of final briefs | 1.40 |
| 9/18/2023 | Reid, Natalie | Assess briefing and draft questions for use in oral argument preparation | 0.80 |
| | | | **Total: 138.10** |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

## Exhibit A
## Time Itemization

## Michael F. Scanlon (Partner)

**2022 Total: 21.90**

| 5/2/2022 | Scanlon, Michael | Review Amd. 53 final rule; draft complaint | 1.00 |
|---|---|---|---|
| 5/3/2022 | Scanlon, Michael | Review and draft revisions to complaint; emails and calls with T Hobbs regarding same; review emails | 1.50 |
| 5/5/2022 | Scanlon, Michael | Review final complaint, emails to client | 0.50 |
| 6/24/2022 | Scanlon, Michael | Review scheduling order, expedited procedures | 0.30 |
| 6/27/2022 | Scanlon, Michael | Review DOJ Answer; emails regarding administrative record | 0.60 |
| 7/15/2022 | Scanlon, Michael | Emails with T Hobbs regarding DOJ inquiry on completeness of the administrative record | 0.60 |
| 7/22/2022 | Scanlon, Michael | Review CCA intervention pleadings, emails | 0.50 |
| 7/26/2022 | Scanlon, Michael | Review and draft revisions to summary judgment brief; emails regarding same | 1.70 |
| 7/28/2022 | Scanlon, Michael | Review revised MSJ, proposed order, emails regarding same | 0.80 |
| 7/29/2022 | Scanlon, Michael | Review final MSJ pleading, emails regarding same | 0.70 |
| 8/18/2022 | Scanlon, Michael | Review LA motion to intervene, internal emails regarding same | 1.00 |
| 9/1/2022 | Scanlon, Michael | Review order granting LA opposition, emails with T Hobbs regarding same | 0.70 |
| 9/2/2022 | Scanlon, Michael | Review opposition briefs, emails with T Hobbs regarding same | 1.70 |
| 9/15/2022 | Scanlon, Michael | Review and draft revisions to reply brief, emails with T Hobbs regarding same | 1.50 |
| 9/16/2022 | Scanlon, Michael | Review and draft revisions to final reply brief; emails with T Hobbs regarding same | 1.00 |
| 10/12/2022 | Scanlon, Michael | Review reply briefs; emails regarding moot, review minute order, joint appendix | 0.80 |
| 10/17/2022 | Scanlon, Michael | Review briefings in preparation for moot/oral argument | 2.00 |
| 10/18/2022 | Scanlon, Michael | Prepare for and participate in moot argument; participate in oral argument; debrief with T Hobbs | 5.00 |
| | | | **Total: 21.90** |

**2023 Total: 17.90**

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

**Exhibit A**
**Time Itemization**

| 1/6/2023 | Scanlon, Michael | Review opinion and decision, emails and calls with T Hobbs regarding same | 0.80 |
|---|---|---|---|
| 1/12/2023 | Scanlon, Michael | Calls with T Hobbs regarding appeal | 0.50 |
| 1/19/2023 | Scanlon, Michael | Emails with J Longstreth and T Hobbs regarding potential avenues of appeal | 0.50 |
| 2/27/2023 | Scanlon, Michael | Review draft statement of issues, mediation request, emails with T Hobbs regarding same | 0.60 |
| 2/28/2023 | Scanlon, Michael | Review emails in response to Court mediation service | 0.20 |
| 3/2/2023 | Scanlon, Michael | Review draft statement of issues, emails regarding motion to expedite | 0.60 |
| 3/3/2023 | Scanlon, Michael | Review edits to statement of issues and motion to expedite, emails regarding same | 0.50 |
| 3/15/2023 | Scanlon, Michael | Emails regarding order granting expedited schedule | 0.50 |
| 3/21/2023 | Scanlon, Michael | Emails regarding amicus request | 0.50 |
| 3/30/2023 | Scanlon, Michael | Review emails regarding notice | 0.40 |
| 4/5/2023 | Scanlon, Michael | Review and draft revisions to opening brief, emails with T Hobbs regarding same | 1.70 |
| 4/7/2023 | Scanlon, Michael | Review final version of opening brief, emails with T Hobbs and J Longstreth regarding same | 0.60 |
| 5/12/2023 | Scanlon, Michael | Review NMFS and CCA brief, emails regarding same | 0.80 |
| 5/15/2023 | Scanlon, Michael | Review NMFS brief, emails regarding same | 1.00 |
| 5/24/2023 | Scanlon, Michael | Review and draft suggested edits to reply brief, review revised draft, emails with T Hobbs and J Longstreth | 1.60 |
| 9/21/2023 | Scanlon, Michael | Emails with T Hobbs regarding legislative history | 0.60 |
| 9/26/2023 | Scanlon, Michael | Prepare for and participate in moot argument session with T Hobbs, J Longstreth and J Sterne | 2.50 |
| 9/27/2023 | Scanlon, Michael | Prepare for and participate in oral argument; debrief with T Hobbs and clients | 4.00 |
| | | | **Total: 17.90** |

**2024 Total: 0.80**

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

## Exhibit A
## Time Itemization

| 3/1/2024 | Scanlon, Michael | Review DC Circuit Opinion on Amd 53, emails with T Hobbs and J Longstreth regarding same, review email to client | 0.80 |
|----------|------------------|--------------------------------------------------------------------------------------------------------------------|------|
|          |                  |                                                                                                                    | **Total: 0.80** |

23

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

<u>**Exhibit A**</u>
**Time Itemization**

**Palmer Smith (Associate)**

**2024 Total: 14.40**

| 3/6/2024 | Smith, Palmer | Research receiving attorneys fees under Equal Access to Justice Act | 0.20 |
|---|---|---|---|
| 3/12/2024 | Smith, Palmer | Research receiving attorneys fees under Equal Access to Justice Act | 0.50 |
| 3/13/2024 | Smith, Palmer | Research receiving attorneys fees under Equal Access to Justice Act | 2.20 |
| 3/14/2024 | Smith, Palmer | Research receiving attorneys fees under Equal Access to Justice Act | 3.70 |
| 5/29/2024 | Smith, Palmer | Draft petition for attorneys fees | 0.50 |
| 6/3/2024 | Smith, Palmer | Draft petition for attorneys fees | 4.10 |
| 6/11/2024 | Smith, Palmer | Draft petition for attorneys fees | 2.20 |
| 6/12/2024 | Smith, Palmer | Draft petition for attorneys fees | 1.00 |
| | | | **Total: 14.40** |

507836735.1

*A.P. Bell v. Raimondo;* No. 23-5026 (D.C. Cir.); No. 1:22-cv-01260-TJK (D.D.C)

## Exhibit A
## Time Itemization

### David Wang (Associate)

**2022 Total: 18.10**

| | | | |
|---|---|---|---|
| 5/23/2022 | Wang, David | Research and develop potential arguments for APA violation section for summary judgment motion | 1.40 |
| 5/24/2022 | Wang, David | Research and develop potential arguments for APA violation section for summary judgment motion; confer with T. Hobbs re same | 2.70 |
| 5/25/2022 | Wang, David | Research and develop potential arguments for APA violation section for summary judgment motion; confer with T. Hobbs re same | 3.30 |
| 5/26/2022 | Wang, David | Research and draft APA violation section for summary judgment motion | 2.20 |
| 5/27/2022 | Wang, David | Research and draft APA violation section for summary judgment motion; confer with T. Hobbs re same | 2.40 |
| 5/31/2022 | Wang, David | Research and draft APA violation section for summary judgment motion; confer with T. Hobbs re same | 3.20 |
| 6/1/2022 | Wang, David | Research and draft APA violation section for summary judgment motion | 1.50 |
| 6/9/2022 | Wang, David | Confer with T. Hobbs re Amendment 53 APA/NEPA violation analysis | 0.50 |
| 7/15/2022 | Wang, David | Research and draft summary arguments regarding NEPA violations for Amendment 53 motion for summary judgment | 0.90 |
| | | | **Total: 18.10** |

**2023 Total: 3.10**

| | | | |
|---|---|---|---|
| 2/16/2023 | Wang, David | Review and prepare various documents for D.C. Circuit appeal | 0.40 |
| 2/20/2023 | Wang, David | Review and prepare various documents for D.C. Circuit appeal | 1.60 |
| 2/21/2023 | Wang, David | Review and prepare various documents for D.C. Circuit appeal | 0.80 |
| 2/22/2023 | Wang, David | Prepare various documents for D.C. Circuit appeal | 0.30 |
| | | | **Total: 3.10** |

507836735.1